**DISMISS; and Opinion Filed March 4, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01132-CV

**MARJAHN MOORE, Appellant**
**V.**
**GREENS OF HICKORY TRAILS APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04683-E**

## MEMORANDUM OPINION

Before Justices Brown, Schenck, and Pedersen, III
Opinion by Justice Brown

The clerk's record in this appeal has not been filed because appellant has not paid the fee.

By letter dated November 20, 2018, we cautioned that failure to provide, within ten days, written

verification she had either paid or made arrangements to pay the clerk's fee or was entitled to

proceed without payment of costs could result in dismissal of the appeal. *See* TEX. R. APP. P.

37.3(b). To date, however, appellant has not complied. Accordingly, we dismiss the appeal. *See*

*id*. 37.3(b); 42.3(b), (c).

/Ada Brown/
ADA BROWN
JUSTICE

181132F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARJAHN MOORE, Appellant

No. 05-18-01132-CV      V.

GREENS OF HICKORY TRAILS
APARTMENTS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-04683-E.
Opinion delivered by Justice Brown.
Justices Schenck and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee GREENS OF HICKORY TRAILS APARTMENTS recover its costs, if any, of this appeal from appellant MARJAHN MOORE.

Judgment entered this 4th day of March, 2019.